# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 16-6183 |
| JUAN GARCIA-GOMEZ | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by J. Jamari Buxton, Assistant United States Attorney), and defendant Juan Garcia-Gomez, a/k/a "Scooby" (by Bukie Adetula, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through July 31, 2017 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and two prior continuance having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant seek additional time to achieve successful resolution

of these negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 5th day of June, 2017;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through July 31, 2017; and it is further

[THE REMAINDER OF THE PAGE IS INTENTIONALLY BLANK]

ORDERED that the period from the date this Order is signed through July 31, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

166183

Form and entry consented to:

_____
J. Jamari Buxton
Assistant U.S. Attorney

_____
Mary E. Toscano
Chief, Organized Crime/Gangs Unit

_____
John Gay
Deputy Chief, Criminal Division

_____
Bukie Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez

ORDERED that the period from the date this Order is signed through July 31, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

*16 mj 6183*

Form and entry consented to:

_____
J. Jamari Buxton
Assistant U.S. Attorney

_____
Mary E. Toscano
Chief, Organized Crime/Gangs Unit

_____
John Gay
Deputy Chief, Criminal Division

_____
Bukie Adetula, Esq.
Counsel for Defendant Juan Garcia-Gomez

3